1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RUIZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00749 - LHK |
| Plaintiff, | ) | |
| v. | ) | **AMENDED STIPULATION TO CONTINUE STATUS HEARING TO MAY 30, 2012; [PROPOSED] ORDER** |
| LUIS RUIZ-LOPEZ, | ) | |
| Defendant. | ) | HONORABLE LUCY H. KOH |

**STIPULATION**

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, May 2, 2012 at 9:00 a.m., to May 30, 2012, at 9:00 a.m.  The reason for the stipulation is as follows.  Defense counsel was recently reassigned this case from Assistant Federal Public Defender Heather Rogers who resigned from the office effective April 13, 2012.  The undersigned defense counsel for Mr. Ruiz-Lopez needs additional time to review the file, confer with his client, and complete any investigation suggested by his discussions with his client.  Counsel also needs time to discuss with the assistance an interpreter the plea offer

1  extended by the government.  In addition, defense counsel is a member of the Federal Public
2  Defender's Office hiring committee which will be conducting all-day interviews on May 2,
3  2012.  The parties further agree and stipulate that time should be excluded from and including
4  May 2, 2012, through and including May 30, 2012, to provide counsel reasonable time to
5  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly,
6  the United States and the defendant agree that granting the requested exclusion of time will serve
7  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

8  Dated: April 25, 2012

_____/s/_____
MANUEL ARAUJO
Assistant Federal Public Defender

Dated: April 25, 2012

_____/s/_____
CAROLYNE A. SANIN
Special Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter is continued from May 2, 2012, at 9:00 a.m., to May 30, 2012, at 9:00 a.m.  It is further ordered that the period of delay from May 2, 2012, through and including May 30, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: 4/26/12

_____
HONORABLE LUCY H. KOH
United States District Judge