MELINDA HAAG (CABN 150630)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE E. URSINI (CABN 269131)
MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorneys

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5080
Facsimile:  (408) 535-5066
Emails: annmarie.ursini@usdoj.gov
         meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 11-00749 LHK |
| Plaintiff, ) | [~~PROPOSED~~] ORDER FOR FINGERPRINT EXEMPLARS |
| v. ) | |
| LUIS RUIZ-LOPEZ, ) | |
| Defendant. ) | |

Upon motion of the United States of America, and good cause appearing,

IT IS HEREBY ORDERED that LUIS RUIZ-LOPEZ shall provide complete rolled inked fingerprint samples, of sufficient quality and clarity to permit comparison, to a fingerprint examiner selected by counsel for the United States or any law enforcement representative designated or requested by counsel for the United States to obtain those samples.

IT IS SO ORDERED.

DATED:  6/29/12

_Lucy H. Koh_
HON. LUCY H. KOH
United States District Court Judge

3