UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:11-CR-00749-LHK |
| ) | |
| Plaintiff, ) | ORDER RE: GRAND JURY TRANSCRIPT |
| v. ) | |
| ) | |
| LUIS RUIZ-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court has reviewed in camera the grand jury transcript in the above-captioned matter. The government has represented that the agent who testified before the grand jury will not testify at trial. Based on its review of the grand jury transcript, the Court has determined that the transcript contains no material that must be disclosed to the defense.

**IT IS SO ORDERED.**

Dated: September 14, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge