```
JAY RORTY SBN: 135097
Law Offices of Jay Rorty
835 Cedar Street
Santa Cruz, CA 95060
jay@rortylaw.com
Tel: 831-316-0722
```

Attorney for Defendant Luis Ruiz-Lopez

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR-11-02969 LHK |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |
| vs. | ) | |
| Luis Ruiz Lopez | ) | |
| Defendant | ) | |

TO: ASSISTANT UNITED STATES ATTORNEY MEREDITH EDWARDS AND TO THE CLERK OF THE US DISTRICT COURT.

PLEASE TAKE NOTICE that Jay Rorty, appointed counsel for Mr. Ruiz-Lopez hereby moves to withdraw as counsel following the imposition of sentence in the above-entitled matter.

Dated: February 19, 2012          Respectfully submitted,


                                 _____s/_____
                                 Jay Rorty-Attorney for Luis Ruiz-Lopez

~~Declaration of Jay Rorty In Support Of Status Report and Request to Set Further Status Date – CR-05-00215-EJD~~

## MOTION

The basis for this motion is that undersigned counsel was appointed for purposes of the District Court proceedings only. Mr. Ruiz-Lopez has indicated his desire to appeal the conviction, judgment and sentence in this matter. Undersigned counsel is not on the CJA appellate panel for the Northern District of California and, in any event would decline an appointment in this matter.

DATED:  February 19, 2013

      Respectfully submitted,


_____s/_____
Jay Rorty-Attorney for Luis Ruiz-Lopez

(~~PROPOSED~~) ORDER

Good cause appearing therefor, it is hereby Ordered that appointed counsel Jay Rorty is withdrawn as counsel in this matter with the understanding that a Notice of Appeal will be filed In Pro Per and that Mr. Ruiz-Lopez will be appointed counsel on appeal.

DATED: 2/20/13

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

~~Declaration of Jay Rorty In Support Of Status Report and Request to Set Further Status Date – CR-05-00215-EJD~~